UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**ORIGINAL**

ROSCO, INC.,

   Plaintiff,

v.

VELVAC INC.,

   Defendant.

CIVIL ACTION NO. 3:09-CV-395

JURY TRIAL DEMANDED

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: December 18, 2009

*Attorney for Plaintiff*
ROSCO, INC.

David B. Bassett
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800